**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT
OPPORTUNITIES TRUST V,                                Case 1:20-CV-00217 KG-LF

       Plaintiff,

v.

REBECCA D. CLAY, JASON C. CLAY, and
SARAH MITCHELL,

       Defendants.

**ORDER APPROVING REPORT OF SPECIAL MASTER**

THIS MATTER comes before the Court on the Report of Special Master, filed January 19, 2021 (Doc. 26), submitted by David Washburn as well as the respective Motion Seeking Entry of Order Approving Report of Special Master, filed March 11, 2021 (Doc. 28). As indicated by the Report of Special Master, as previously authorized by the Court the Special Master has conducted a foreclosure auction for the real estate involved in this lawsuit with the property sold at auction to Breckenridge Property Fund 2016, LLC, an entity with the address of 2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, CA, 90278, for the amount of $217,101.00, the highest bid offered.

IT IS THEREFORE ORDERED that the Report of Special Master is hereby approved and the sale is hereby confirmed.

IT IS FURTHER ORDERED that the purchase of the real estate at the sale pays in full the judgment of Plaintiff plus any special master fees and costs of sale, Plaintiff's attorneys fees, taxes and costs, and Plaintiff's expenses.

IT IS FURTHER ORDERED that the Special Master's Deed attached to the Report of Special Master is hereby approved and is to be executed and delivered to Breckenridge Property Fund 2016, LLC.  Upon delivery of the deed, the Special Master shall be discharged without further order of the Court.

IT IS FURTHER ORDERED that Breckenridge Property Fund 2016, LLC shall take title to the real estate described in the Special Master's Deed, free and clear of any and all claims, liens, right, title or interest of Defendants herein, and all persons claiming by or through them, subject only to the items set forth in the Special Master's Deed, and subject further to the right of redemption, the period of which is one (1) month from the date of the filing of this Order with the Clerk of the District Court.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

KELEHER & MCLEOD, P.A.

*/s/ Ryan M. Walters*
Ryan M. Walters
*Attorneys for Plaintiff Wilmington Savings*
Post Office Box AA
Albuquerque, NM 87103
Phone: (505) 346-4646
Fax: (505) 346-1370
Email: rmw@keleher-law.com

**APPROVED BY:**

*/s/ Nathan S. Stimson (approved via email March 1, 2021)*
Nathan S. Stimson
Keleher & McLeod, P.A.
*Attorneys for Breckenridge Property Fund 2016, LLC*
P.O. Box AA
Albuquerque, NM 87103
Phone: (505) 346-4646
nss@keleher-law.com

(no position provided on form of order)
Rebecca D. Clay
8114 Pickard Avenue, NE
Albuquerque, N\M 87110

(no position provided on form of order)
Jason C. Clay
8114 Pickard Avenue, NE
Albuquerque, NM 87110

(no position provided on form of order)
Sarah Mitchell
1244 Rosemont Ave. NW
Albuquerque, NM 87104