IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILMINGTON SAVINGS FUND  
SOCIETY, FSB, D/B/A CHRISTIANA  
TRUST AS OWNER TRUSTEE OF THE  
RESIDENTIAL CREDIT  
OPPORTUNITIES TRUST V,

    Plaintiff,

v.

REBECCA D. CLAY, JASON C. CLAY, and  
SARAH MITCHELL,

    Defendants.

Case 1:20-CV-00217 KG-LF

---

DARK HORSE INVESTMENTS, INC.,  
A New Mexico limited liability company,

    Petitioner in Redemption,

v.

BRECKENRIDGE PROPERTY FUND 2016, LLC,

    Respondent in Redemption.

### ORDER AUTHORIZING DEPOSIT OF FUNDS IN CONNECTION WITH REDEMPTION OF REAL ESTATE

THIS MATTER comes before the Court on the Motion of the Petitioner in Redemption, DARK HORSE INVESTMENTS, INC., pursuant to N.M. Stat. Ann. § 39-5-18 (1978). Petitioner in Redemption seeks to deposit into the Court's registry $218,944.88 consisting of

the amount Respondent in Redemption, BRECKENRIDGE PROPERTY FUND 2016, tendered to the Special Master for purchase of the foreclosed property at issue in this case, plus statutory interest thereon for the one-month period commencing with the date of the foreclosure sale, plus provision for any other amount required under § 39-5-18 NMSA 1978. The deposit relief sought by Petitioner in Redemption's motion is not dispositive of the redemption claim in any respect. The Court being sufficiently advised in the premises it is,

ORDERED, ADJUDGED AND DECREED, that Petitioner in Redemption shall be allowed to deposit $218,944.88 into the Court's registry, said sum to be held in an interest-bearing account until the rights of the Petitioner and Respondent can be determined by further order of the Court.

_____
UNITED STATES DISTRICT JUDGE


GREENSPOON MARDER LLP

By: /s/ Jeannette M. Whittaker
Jeannette M. Whittaker, Esq.
500 Marquette Ave. NW, 12th Floor
Albuquerque, NM 87102
Telephone: (505) 503-4866
Email: jeannette.whittaker@gmlaw.com
*Attorneys for Petitioner DARK HORSE INVESTMENTS, INC.*

Approved:

KELEHER & McLEOD, P.A.

By: <u>approved as to form 4/23/2021</u>
Ryan M. Walters
P.O. Box AA
Albuquerque, NM  87103
(505) 346-4646
rmw@keleher-law.com
*Attorneys for Plaintiff*

KELEHER & McLEOD, P.A.


By: <u>approved 4/26/2021</u>
Nathan S. Stimson
P.O. Box AA
Albuquerque, NM 87103
(505) 346-4646
nss@keleher-law.com
*Attorneys for Breckenridge Property Fund 2016, LLC*

Notice to:

Rebecca D. Clay
8114 Pickard Avenue, NE
Albuquerque, NM 87110

Jason C. Clay
8114 Pickard Avenue NE
Albuquerque, NM 87110

Sara Mitchell
1224 Rosemont Ave. NW
Albuquerque, NM 87104